

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALYCE MCKINNEY AND SCOTTY MCKINNEY | CIVIL ACTION 09-0964 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| METROPOLITAN PROPERTY AND CASUALTY INS. CO. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, including the demand for attorney fees, (DOC. #6), is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 2nd day of December, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**